UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____X

CAROL ALLEN,

      Plaintiff,                    Case No: 6:22 cv 02092

Vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

      Defendant.
_____X

## NOTICE OF SETTLEMENT

Plaintiff, CAROL ALLEN, by and through the undersigned attorneys, hereby files this Notice of Settlement. Dismissal paperwork will be filed once the settlement agreement is signed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above was served via email to: jjacobson@maynardcooper.com on this 6th day of January, 2023.

                                            Respectfully submitted,

                                            /s/ Jon Lambe_____
                                            JON LAMBE
                                            Bar No: 0637531
                                            Law Office of Jon Lambe
                                            P.O. Box 941856
                                            Maitland, FL 32794
                                            Jon@TheLambeLaw.com
                                            Tel: (407) 625-7330
                                            Fax: (407) 604-6415
                                            Trial Counsel for the Plaintiff